IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP. ) <br> AMERITAS INVESTMENT CORP., and ) <br> AMERITAS HOLDING COMPANY ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> FEDERAL INSURANCE COMPANY, ) <br> **)** <br> Defendant. ) | Case No. 4:16-cv-03006 |

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Ameritas Life Insurance Corp., makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☒ This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Ameritas Holding Company and Ameritas Mutual Holding Company

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1
==

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Date: January 12, 2016

By: /David M. Williams/
DAVID M. WILLIAMS
AMERITAS LIFE INSURANCE CORP.,
AMERITAS INVESTMENT CORP., and
AMERITAS HOLDING COMPANY
Law Department
5900 O Street/P.O. Box 81889
Lincoln, NE 68501
(402) 467-7852