IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., AMERITAS INVESTMENT CORP., AND AMERITAS HOLDING COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>    Defendant. | 4:16CV3006<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Nora M. Kane and Christopher M. Kahler to withdraw as counsel on behalf of Defendant Federal Insurance Company, (Filing No. 61), is granted.

January 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge