IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., AMERITAS INVESTMENT CORP., AND AMERITAS HOLDING COMPANY,<br><br>           Plaintiffs,<br><br>    vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>           Defendant. | **4:16CV3006**<br><br>**ORDER** |

IT IS ORDERED:

1)   Plaintiffs' motion to compel shall be filed on or before January 20, 2017.

2)   Defendant's response shall be filed on or before February 3, 2017.

3)   No reply shall be filed absent leave of the court for good cause shown.

January 12, 2017.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge