IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., AMERITAS INVESTMENT CORP., AND AMERITAS HOLDING COMPANY,<br><br>       Plaintiffs,<br><br>    vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>       Defendant. | 4:16CV3006<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 65), which is hereby granted,

IT IS ORDERED:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is March 27, 2017. Motions to compel Rule 33 through 36 discovery must be filed by April 10, 2017.
Note: Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) A telephonic conference with the undersigned magistrate judge will be held on April 6, 2017 at 1:00 p.m. to discuss the status of case progression and potential settlement. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 35), to participate in the call.

3) The deadline for filing motions to dismiss and motions for summary judgment is April 28, 2017.

January 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge