IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., AMERITAS INVESTMENT CORP., AND AMERITAS HOLDING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | 4:16CV3006<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 65), which has been granted,

IT IS ORDERED:

1) The deposition deadline is extended to March 27, 2017.

Dated this 17th day of January, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge