IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., AMERITAS INVESTMENT CORP., and AMERITAS HOLDING COMPANY,<br><br>          Plaintiffs,<br><br>  vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>          Defendant. | 4:16CV3006<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The current trial and pretrial conference settings are vacated.

2) The status conference previously scheduled for April 6, 2017 is continued and will be held on April 11, 2017 at 10:30 a.m. The parties shall be prepared to discuss the status of case progression, the trial and pretrial conference settings, and the potential settlement of this case. Counsel shall use the telephone conferencing instructions assigned to this case, (see Filing No. 35), to participate in the call.

3) The deposition deadline, and the deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure, is May 8, 2017.

4) As to any motion for protective order related to Plaintiff's 30(b)(6) notice of deposition served on Defendant, Defendant's motion shall be filed on or before March 6, 2017, with Plaintiff's response due on or before March 13, 2017. No reply shall be filed absent leave of the court for good cause shown.

5) Except as to the motion for protective order described in paragraph 4 of this order, discovery motions must be filed by May 22, 2017.

**Note**: Discovery motions shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

6) The deadline for filing motions to dismiss and motions for summary judgment is June 6, 2017.

February 22, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge