IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORPORATION; AMERITAS INVESTMENT CORPORATION; and AMERITAS HOLDING COMPANY, | 4:16-CV-3006 |
| Plaintiffs, | JUDGMENT |
| vs. | |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the accompanying Memorandum and Order, judgment is entered for the defendant and against the plaintiffs, and the plaintiffs' complaint is dismissed with prejudice.

Dated this 25th day of October, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge